IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BOBBIE LEE MONTS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D22-740
LT Case No. 2017-CF-000594

_____/

Decision filed April 25, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Bobbie Lee Monts, Daytona Beach, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Allison Leigh Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.